| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

THOMAS C. BAKER,

   Petitioner,

versus     CIVIL ACTION NO. 1:24-CV-160

JEFFERSON COUNTY SHERIFF,

   Respondent.

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

  Thomas C. Baker, proceeding *pro se*, filed this petition for writ of habeas corpus. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the petition be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). To date, the parties have not filed objections.

  The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

  Accordingly, the Report and Recommendation of United States Magistrate Judge (#9) is **ADOPTED**. A final judgment shall be entered dismissing this petition.

  SIGNED at Beaumont, Texas, this 5th day of August, 2024.

                 */s/ Marcia A. Crone*
                  MARCIA A. CRONE
               UNITED STATES DISTRICT JUDGE